**Order entered October 25, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00319-CV

### JOE H. STALEY, JR. AND STALEY BUSINESS PARTNERSHIP, LP, Appellants

### V.

### DELIA CROSSLEY, Appellee

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-1828-2016**

## ORDER

We **REINSTATE** this appeal. On September 15, 2017, we abated the case to allow the Honorable Weldon Copeland, Presiding Judge of the Probate Court of Collin County, an opportunity to comply with orders concerning the reporter's record in this case. Specifically, Judge Copeland was to direct the court recorder he designated to record the proceedings in this case to file, within ten days, a record complying with Texas Rule of Appellate Procedure 34.6(a)(2) and section 3 of the Uniform Format Manual for Texas Reporters' Records. *See* TEX. R. APP. P. 34.6(a)(2); *Unif. Format Manual for Tex. Reporters' Records*, § 3. If a record complying with those rules could not be filed, Judge Copeland was to conduct, within fourteen days, a hearing to determine whether the parties agreed on the accuracy of transcripts of two proceedings that were electronically tape recorded and attached to appellants' June 7, 2017

amended motion to supplement the record. If the parties did not agree, Judge Copeland was to determine whether (1) appellants objected to the proceedings being electronically recorded and (2) the record of the proceedings is necessary to the appeal's resolution. Judge Copeland was to transmit, no later than October 5, 2017, a record of the hearing and a supplemental clerk's record containing the Probate Court's docket sheet, the written finding(s), and any supporting documentation. To date, however, neither a reporter's record complying with the rules of appellate procedure and the reporters' Uniform Format Manual nor the requested record of the hearing and supplemental clerk's record has been filed.

This is an accelerated appeal and the reporter's record was first due March 31, 2017. Because this appeal cannot proceed without the issue of the reporter's record being resolved, we **ORDER** Judge Copeland to make either (1) a finding that the reporter will file a record that complies with the relevant rules and the date the record will be filed; or (2) the requested findings concerning the accuracy of the transcripts, any objection to the electronic recording of the proceedings, and the necessity of the record for resolution of the appeal. **The finding(s) shall be made no later than November 3, 2017 and filed in a supplemental clerk's record no later than November 8, 2017. The record of the hearing held for the purpose of making the finding(s) shall also be filed no later than November 8, 2017.**

We **DIRECT** the Clerk of the Court to send a copy of this order to Judge Copeland, Collin County Clerk Stacey Kemp, and the parties.

We **ABATE** the appeal to allow Judge Copeland to comply with this order. The appeal shall be reinstated when the requested record has been filed.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE